**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**                    VOLUNTARY PETITION

Name of Debtor                                        Joint Debtor
**Gary Ciancio**

All other names used by Debtor in the last six years     All other names used by Debtor in the last six years

Social Security Number/Tax I.D. No.                   Social Security Number/Tax I.D. No.
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
Street Address of Debtor                              Street Address of Debtor
320 N. Salem
Hoffman Estates, IL  60194
County of Residence or Principal Place of Business    County of Residence or Principal Place of Business
Cook
Mailing Address of Debtor                             Mailing Address of Debtor

### Chapter 13W/No Plan

Location of Principal Assets of Business Debtor (if different from above)

### Information Regarding Debtor (Check Applicable Boxes)
**Venue**
X_____ Debtor has been domiciled or had a residence, principal place of business or principal place or assets of business in this District for 180 days immediately preceding the date of this Petition or for a longer part of such 180 days than in any other District.
_____ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor**
| X  | Individual  | Railroad |
|    | Corporation | Stockbroker |
|    | Partnership | Commidity Broker |
|    | Other       |          |

**Chapter of Bankruptcy Code Under which Petition Filed:**
|   | Chapter 7  |   | Chapter 11 |
|   | Chapter 9  | X | Chapter 13 |
|   | Chapter 12 |   | Section 304 ancillary |

**Nature of Debt**
X   Consumer/Non-business   Business

**Filing Fee**
X   Full Filing Fee attached.
    Filing Fee to be paid in installments (Must attach Signed application under Rule 1006(b), See Official Form 3)

**Chapter 11 Small Business (Check all that apply)**
_____ Debtor is a Small Business under 11 USC 101.
_____ Debtor is and elects to be treated as a Small Business under 11 USC 1121(e). (Optional).

**Statistical/Administrative Information (Estimates Only)**
X   Debtor estimates that funds will be available for distribution to unsecured creditors.
    Debtor estimates that, after exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
X   1-15    16-49    50-99    100-199    200-999

**Estimated Assets**
$0-$50,000    $50,001-$100,000    $100,001-$500,000 X

**Estimated Debts**
$0-$50,000    $50,001-$100,000    $100,001-$500,000 X

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/01/2004
Time: 14:49:47
Debtor: GARY CIANCIO
Case: 04-44245       Fee : 194
Chapter: 13 Rec. # : 3113456
Judge: Jacqueline Cox
341 mtg: 01/05/2005 @ 03:00PM
ConfHrg: 01/24/2005 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK44245-BK001

## VOLUNTARY PETITION

Name of Debtor(s):
**Gary Ciancio**

**Prior Bankruptcy Case filed within the last six years (if more than one, affix additional sheet)**
Location where filed:        Case Number:        Date Filed:

**Pending Bankruptcy Case filed by Sp[ouse, Partner or Affiliate of Debtor (if more than one, affix additional sheet)**
Name of Debtor(s):        Case Number:        Date Filed:
District:        Relationship:        Judge:

## SIGNATURES

**Signatures of Debtor(s) (Individual/Joint):**
I declare under penalty of perjury that the information provided in this Petition is true and correct.
[If Petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each Chapter, and choose to proceed under Chapter 7.

Signature of Debtor

Signature of Joint Debtor

Date November 30, 2004

**Signature of Attorney for Debtors**

Signature of Attorney for Debtors

Michael J. Greco, Attorney for Debtor(s)
Michael J. Greco, Attorney at Law
6609 W, North Avenue
PO Box 1462
Oak Park, IL 60304-0462
(708) 763-9150
Atty. No. 06201254

Date November 30, 2004

I, the attorney for the Petitioner named in the foregoing Petition, Declare that I have informed the Petitioner that he or she may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such Chapter.

Michael J. Greco, Attorney at Law
Date November 30, 2004

**Signatures of Debtor(s) (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this Petition is true and correct, and that I have been authorized to file this Petition on behalf of the Debtor.

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

**IN RE: Gary Ciancio**, Debtor  Case No. 04 B-

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Address | HWJC | Date claim incurred and consideration | C, U, D | Amount of Claim |
|---|---|---|---|---|
| A/C# 5490999267124435<br>Bankcard Services<br>PO Box 15137<br>Wilmington, DE 19886-5137 | H | Revolving Credit Line | | $12,788.91 |
| A/C# 6019210034446246<br>GE Capital Cons Cardco<br>PO Box 960061<br>Orlando, FL 32896-0061 | H | Revolving Credit Line | | $1,594.05 |
| A/C# 73399020<br>Wells Fargo Financial<br>PO Box 98798<br>Las Vegas, NV 89193-8798 | H | Revolving Credit Line | | $3,320.90 |
| A/C# 5149090510008749<br>Chase Bank<br>PO Box 52050<br>Phoenix, AZ 85072-2050 | H | Revolving Credit Line | | $1,046.00 |
| A/C# 04AR193<br>Thoms Proestler Co.<br>c/o Califf & Harper, P.C.<br>PO Box 719<br>Moline, IL 61266-0719 | H | Lawsuit 11/2003 | D | $7,975.19 |
| Phil Ciancio<br>1732 Hartford<br>Crystal Lake, IL 60014 | H | Personal Loan | | $1,000.00 |
| Marc Ciancio<br>1709 Bode<br>Hoffman Estates, IL 60195 | H | Personal Loan | | $1,400.00 |

Sheet No. 1 of 1 sheet(s) comprising Schedule  Subtotal for Page $29,125.05
Of Creditors Holding Unsecured Nonpriority Claim